

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*\* Please Reply to: FORT LEE*          EMAIL: MKC@MKCLAWGROUP.COM

July 14, 2021

<u>Via ECF; Total Pages: 1</u>
Hon. Sarah L. Cave, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: Juscinska v. Easton & Porter Group LLC
     Docket No.: 1:21-cv-04209-PGC-SLC

Dear Judge Cave:

  This office represents defendant in the above referenced matter. I have conferred with Plaintiff's counsel, and counsel jointly respectfully request a 30-day adjournment of the Initial Conference currently scheduled for Tuesday, August 10, 2021, at 11:00 a.m. The parties are engaged in substantive settlement discussions, and seek to potentially resolve this matter within that time. In addition, I have a previously scheduled matter on that date that cannot be rescheduled. This is the first request for an adjournment in this matter.

  Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

cc: Erik Matthew Bashian, Esq.

---

The parties' letter-motion requesting an adjournment of the August 10, 2021 Initial Conference (ECF No. 14) is GRANTED, and the Initial Conference is ADJOURNED until **Tuesday, September 14, 2021 at 3:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York. The terms of the Initial Case Management Scheduling Order (ECF No. 13) are incorporated by reference.

The Clerk of Court is respectfully directed to close ECF No. 14.

SO ORDERED 7/15/2021

_____
SARAH L. CAVE
United States Magistrate Judge