UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA JUSCINSKA, | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO.: 21 Civ. 4209 (PGG) (SLC) |
| EASTON & PORTER GROUP, LLC, *a Virginia limited liability company*, | **ORDER** |
| Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court scheduled an Initial Conference in this action on September 14, 2021, and directed the parties to submit their Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Proposed CMP") by yesterday, September 7, 2021.  (ECF Nos. 13, 15). The parties did not file the Proposed CMP, nor did they request an extension of this deadline. Accordingly, as a one-time courtesy, the Court extends the deadline for the filing of the Proposed CMP, nunc pro tunc, to **tomorrow, September 9, 2021 at 5:00 pm.**

Dated:       New York, New York
             September 8, 2021

                        SO ORDERED.


                        **SARAH L. CAVE**
                        **United States Magistrate Judge**