

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

October 7, 2021

Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Juscinska v. Easton Porter Group LLC, Docket No. 21-cv-04209-PGC-SLC*

Dear Magistrate Judge Cave:

This office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above referenced action. As previously reported, the above referenced action has been settled and that the parties are still in the process of finalizing a written settlement agreement for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences for a period of up to twenty (20) days, as we are hopeful the settlement agreement will be fully executed in such period of time.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s Erik M. Bashian*
_____
Erik M. Bashian, Esq.

---

The parties have reported that they have settled. (ECF No. 19). Accordingly, all deadlines are STAYED for 20 days, and the parties are directed to submit a stipulation of dismissal for review by the Honorable Paul G. Gardephe by **Thursday, October 28, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 19.

SO ORDERED 10/8/2021

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge